UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | |
|---|---|---|
| **Adversary Title :** | Bright et al v. Dubinsky et al | **Case No :** 09-27647 - A - 7 |
| | | **Adv No :** 09-02617 - A |
| | | **Date :** 12/16/09 |
| | | **Time :** 09:30 |
| **Matter :** | Status Conference - [1] - Adversary case 09-02617. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) : Complaint 09-02617 by John Bright, Roy Bright, John Chamorro, Rhonda Chamorro against Volodymyr Dubinsky, Svetlana Dubinsky. Fee $250 (npas) | UNOPPOSED |
| **Judge :** | Michael S. McManus | |
| **Courtroom Deputy :** | Janet Larson | |
| **Reporter :** | Diamond Reporters | |
| **Department :** | A | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Plaintiff's Attorney - E. John Vodonick
**Respondent(s) :**
   Howard Nevins - Interested Party

HEARING CONTINUED TO: 1/4/10 at 09:00 AM