UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Bright et al v. Dubinsky et al | **Case No :** 09-27647 - A - 7<br>**Adv No :** 09-02617 - A<br>**Date :** 12/16/09<br>**Time :** 9:30 a.m. | |
| **Matter :** | [7] - Order to Show Cause; Show Cause hearing to be held on 12/16/2009 at 09:30 AM at Sacramento Courtroom 28, Department A (jtis) | | UNOPPOSED |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Michael S. McManus<br>Janet Larson<br>Diamond Reporters<br>A | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Plaintiff's Attorney - E. John Vodonick
**Respondent(s) :**
None


ORDER TO SHOW CAUSE was :
Discharged
Findings of fact/conclusions of law stated orally on record

The court will issue a minute order.